PREMIUM POINT COMPANY, Respondent, *v.* EMIGRANT INDUSTRIAL SAVINGS BANK, Appellant.

Argued December 2, 1943; decided January 13, 1944.

814

*John E. McAniff, Joseph A. Doran* and *Edwin A. Berkery* for appellant.

*Osmond K. Fraenkel* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.